IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WAYNE J. HART, JR.,

           Plaintiff,                                     ORDER

     v.                                              11-cv-604-slc

WARDEN MICHAEL S. THURMAN, SGT. KIMBALL,
HEALTH - SERVICES UNIT STAFFF MARY GORSE,
P. SUMMIT, JOHN DOE 1-50 and JANE DOE 1-50,

           Defendants.

---

Plaintiff Wayne Hart, a prisoner at the Waupun Correctional Institution in Waupun, Wisconsin, has submitted a proposed complaint. He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff makes an initial partial payment of the filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a certified copy of his six-month trust fund account statement.

Plaintiff's complaint was submitted on August 15, 2011. His trust fund account statement should cover the period beginning approximately February 15, 2011 and ending approximately August 15, 2011. Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2). Plaintiff should show a copy of this order to prison officials to make sure that they are aware they should send a copy of plaintiff's six-month trust fund account statement to this court.

ORDER

IT IS ORDERED that plaintiff may have until September 23, 2011, in which to submit a trust fund account statement for the period beginning February 15, 2011 and ending August 15, 2011. If, by September 23, 2011, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily. In that case, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 2nd day of September, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge

2