IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WAYNE J. HART, JR.,

    Plaintiff,

v.

MICHAEL THURMER, SUSAN KIMBALL,
MARY GORSEK and PAUL SUMNICHT,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-604-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying leave to proceed and dismissing Mary Gorsek; and

    (2) granting summary judgment in favor of Michael Thurmer, Susan Kimball and Paul Sumnicht and dismissing this case without prejudice.

By: _____, Deputy Clerk      10-19-12
    Peter Oppeneer, Clerk of Court                     Date